

# Fourth Court of Appeals
## San Antonio, Texas

October 17, 2018

No. 04-18-00520-CV

**IN THE INTEREST OF N.R.T, C.C.T., A.T., CHILDREN,**

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-16-59
The Honorable Selina Nava Mireles, Judge Presiding

# O R D E R

Appointed counsel is reminded that, by statute, this appeal is to take precedence over other matters. TEX. FAM. CODE ANN. §§ 109.002(a), 263.405(a) (West 2014). Moreover, this court is mandated to dispose of appeals involving termination of parental rights within 180 days from the date the notice of appeal is filed. Accordingly, any delay in the filing of the record or the brief encroaches upon our time for disposition.

In this case, appellant's brief was due October 8, 2018. Neither the brief nor a motion for extension of time has been filed. We therefore **ORDER** appellant to file, **on or before October 29, 2018** the appellant's brief and a written response reasonably explaining the failure to timely file the brief. If the brief is not timely filed, we may abate this appeal and remand it to the trial court for an abandonment hearing.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of October, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court